# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

Cheryl D. Essenmacher

Case No. 17-55252
Judge Mark A. Randon
Chapter 13

_____ Debtor(s) /

### Debtor's Chapter 13 Confirmation Hearing Certificate

**At the next confirmation hearing in this case, the debtor intends to:**

☒ Request an adjournment of the confirmation hearing to a date recommended by the Trustee due to the following good cause:

The time for the Creditor/Defendant in the adversary action has not expired.

**Trustee Objection:**

1. Trustee requests a copy of the last deed of record for debtor's personal residence.
2. Trustee requests documentation of the loan balance and payoff date for debtor's non-filing spouse's 401(k) loan(s).
3. Upon the completion of direct payments to debtor's non-filing spouse's 401(k) loan(s), the debtor will have additional funds to devote to payments into the Chapter 13 Plan through the Trustee thereby increasing the debtor's best effort payments.
4. Trustee requires verification of debtor's non-filing spouse's expenses totaling $1,301.00 disclosed on Schedule J.
5. Trustee objects to the debtor's support of her non-filing spouse to the detriment of her unsecured creditors where debtor's non-filing spouse is exceeding his pro-rata portion of the household income. As debtor's non-filing spouse's income is 48% of the total household income, the non-filing spouse should be covering 48% of the household bills. Accordingly, Trustee requires debtor increase best effort by $702.00 per month.
6. Trustee objects to debtor counsel's failure to file an adversary complaint contemporaneously with the debtor's Chapter 13 Plan in compliance with Administrative Order 09-09 or an amended Plan with proper service for the lien strip proposed in Class 3 of the Chapter 13 Plan.

**Issues:**

1. Debtor forwarded deed to the Trustee on January 24, 2018.

2. Debtor forward NFS's 401(k) statement to the Trustee on January 24, 2018.
3. Language will be added to the OCP to resolve this objection.
4. Documents evidencing NFS's expenses were forwarded to the Trustee on January 24, 2018.
5. Debtor's counsel is in the process of resolving this objection
6. The adversary complaint was filed on January 4, 2018.

**Creditor #1:** PPH Mortgage

**Objections:**

Creditor seeks a fully secured lien on property.

**Issues:**

Debtor has filed its adversary action to strip this lien on January 4, 2018.

/s/ Noel

Noel Aaron Cimmino (P61176)
Erin Springer (P72072)
John A. Steinberger & Associates, P.C.
john@steinbergerlaw.com
erin@steinbergerlaw.com
noel@steinbergerlaw.com
17515 W. 9 Mile Rd. Ste 420
Southfield, MI 48075
(248) 559-4055